IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELGENE LUCZON DE-AMOR, DARRELL VERCHIEL LUCZON DE-ARMOR, EDWIN LEO LUCZON DE-AMOR, MACXIMA U. LUCZON | ) ) ) ) ) | CV 15-00468 HG-KSC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BUENAVENTURA CLARIN CABALAR | ) ) ) | |
| Defendant. | | |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 7)

Findings and Recommendation having been filed and served on all parties on November 16, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation That the District Court Dismiss the Complaint with Prejudice and Deny Plaintiff's Application to Proceed Without Prepaying Fees or Costs (ECF No. 7) are adopted as the opinion and order of this Court.

Dated: December 8, 2015, Honolulu, Hawaii.

IT IS SO ORDERED.

Case 1:15-cv-00468-HG-KSC   Document 8   Filed 12/08/15   Page 2 of 2   PageID #: 31



      /s/ Helen Gillmor  
Helen Gillmor  
United States District Judge